COOLEY GODWARD KRONISH LLP
GORDON C. ATKINSON (122401) (atkinsongc@cooley.com)
CHANEE FRANKLIN (236068) (franklincn@cooley.com)
BENJAMIN KLEINE (257225) (bkleine@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendants and Nominal Defendant
AMERICAN CENTURY COMPANIES, INC., AMERICAN CENTURY INVESTMENT MANAGEMENT, INC., JAMES E. STOWERS, JR., JONATHAN S. THOMAS, THOMAS A. BROWN, ANDREA C. HALL, DONALD H. PRATT, GALE A. SAYERS, M. JEANNINE STRANDJORD, TIMOTHY S. WEBSTER, WILLIAM M. LYONS, MARK MALLON, WADE SLOME, BRUCE WIMBERLY, JERRY SULLIVAN and AMERICAN CENTURY MUTUAL FUNDS, INC., doing business as AMERICAN CENTURY ULTRA FUND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAURA SEIDL, individually, derivatively and on behalf of all others similarly situated,, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN CENTURY COMPANIES, INC., AMERICAN CENTURY INVESTMENT MANAGEMENT, INC., JAMES E. STOWERS, JR., JONATHAN S. THOMAS, THOMAS A. BROWN, ANDREA C. HALL, DONALD H. PRATT, GALE A. SAYERS, M. JEANNINE STRANDJORD, TIMOTHY S. WEBSTER, WILLIAM M. LYONS, MARK MALLON, WADE SLOME, BRUCE WIMBERLY, and JERRY SULLIVAN, <br><br> Defendants. <br><br> AMERICAN CENTURY MUTUAL FUNDS, INC., doing business as AMERICAN CENTURY ULTRA FUND, <br><br> Nominal Defendant. | Case No. CV-08-4117 EMC <br><br> **STIPULATION TO ENLARGE TIME TO RESPOND TO COMPLAINT ; ORDER** |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1104211 v4/SF

1.

STIPULATION TO ENLARGE TIME TO RESPOND
TO COMPLAINT
CV-08-4117 EMC

1     WHEREAS, Plaintiff filed a Complaint in this action on August 28, 2008;

2     WHEREAS, Plaintiff served Defendant American Centuries Companies, Inc, ("American Century") with a copy of the Complaint on September 3, 2008 and has made efforts to serve the various other Defendants;

5     WHEREAS, under Fed. R. Civ. P. 12(a)(1)(A)(i), American Century has until and including September 23, 2008 to answer, move, or otherwise respond to the Complaint;

7     WHEREAS, Defendants have requested, and Plaintiff has agreed to, an extension for American Century, and all other Defendants on whose behalf service of process has been accepted herein, to respond to the Complaint until and including October 31, 2008, to facilitate a uniform response schedule;

11     WHEREAS, Defendants have not made any previous requests for an extension;

12     IT IS HEREBY STIPULATED by Plaintiff and Defendants that

1. The undersigned defense counsel, on behalf of all of the Defendants, hereby acknowledges service of the summons and complaint on their respective clients and hereby waive Defendants' defenses, if any, based on Fed. R. Civ. P. 12(b)(4) (insufficient process) or 12(b)(5) (insufficient service of process); and

2. Defendants have until and including October 31, 2008 to answer, move, or otherwise respond to the Complaint.

IT IS SO STIPULATED.

Dated: September 23, 2008     SIMMONSCOOPER LLC

By: _____
Crystal G. Howard

Attorneys for Plaintiff
LAURA SEIDL

Cooley Godward
Kronish LLP
Attorneys At Law
San Francisco

1104211 v4/SF      2.      STIPULATION TO ENLARGE TIME TO RESPOND TO COMPLAINT
CV-08-4117 EMC

| | | |
|---|---|---|
| 1 | Dated: September 24, 2008 | HANLY CONROY BIERSTEIN SHERIDAN FISHER |
| 2 | | & HAYES LLP |

By: _____/s/ Thomas I. Sheridan_____
Thomas I. Sheridan

Attorneys for Plaintiff
LAURA SEIDL

Dated: September 23, 2008    COOLEY GODWARD KRONISH LLP

By: _____/s/ Gordon C. Atkinson_____
Gordon C. Atkinson

Attorneys for Defendants and Nominal Defendant

AMERICAN CENTURY COMPANIES, INC., AMERICAN CENTURY INVESTMENT MANAGEMENT, INC., JAMES E. STOWERS, JR., JONATHAN S. THOMAS, THOMAS A. BROWN, ANDREA C. HALL, DONALD H. PRATT, GALE A. SAYERS, M. JEANNINE STRANDJORD, TIMOTHY S. WEBSTER, WILLIAM M. LYONS, MARK MALLON, WADE SLOME, BRUCE WIMBERLY, JERRY SULLIVAN and AMERICAN CENTURY MUTUAL FUNDS, INC., doing business as AMERICAN CENTURY ULTRA FUND

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

**IT IS SO ORDERED**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1104211 v4/SF

STIPULATION TO ENLARGE TIME TO RESPOND
TO COMPLAINT
CV-08-4117 EMC