Raymond J. Tittmann, No. 191298
Yesenia M. Santacruz, No. 233132
CARROLL, BURDICK & McDONOUGH LLP
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:  415.989.5900
Facsimile:  415.989.0932
Email:  rtittmann@cbmlaw.com
        ysantacruz@cbmlaw.com

Attorneys for Defendant
American Security Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROL SUI MAN LAM and LAI FONG LEE, <br><br> Plaintiffs, <br><br> v. <br><br> MID-CENTURY INSURANCE COMPANY, TAK TSUI INSURANCE AGENCY, AMERICAN SECURITY INSURANCE COMPANY and DOES 1-25, <br><br> Defendants. | No. CV 08 4413 EMC <br><br> **STIPULATION RE TIME FOR AMERICAN SECURITY INSURANCE COMPANY TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' FIRST AMENDED COMPLAINT**; ORDER <br><br> **Judge Magistrate Edward M. Chen** |

Pursuant to Civil Local Rules 5 and 6-1(a), Defendant American Security Insurance Company ("American Security") and Plaintiffs Carol Sui Man Lam and Lai Fong Lee stipulate as follows:

///

///

///

///

///

CBM-IPG\SF420261.1

STIPULATION RE TIME FOR AMERICAN SECUIRTY TO ANSWER FIRST AMENDED COMPLAINT

The deadline by which American Security must file and serve its responsive pleading to Plaintiffs' First Amended Complaint is extended to Friday, October 31, 2008. Except as expressly provided, neither party waives any right under this stipulation, including the right to contest jurisdiction, and this stipulation shall not be used as evidence to the contrary.

Dated: September 26, 2008

CARROLL, BURDICK & McDONOUGH LLP

By _____
Raymond J. Tittmann
Yesenia M. Santacruz
Attorneys for Defendant
American Security Insurance Company

Dated: September 26, 2008

LAW OFFICES OF JOHN N. FRYE

By _____
John N. Frye
Attorneys for Plaintiffs
Carol Suit Man Lam and Lai Fong Lee

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

*IT IS SO ORDERED — Judge Edward M. Chen (seal: United States District Court, Northern District of California)*

CBM-IPG\SF420261.1

-2-

STIPULATION RE TIME FOR AMERICAN SECURITY TO ANSWER FIRST AMENDED COMPLAINT