IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAROL SUI MAN LAM and
LAI FONG LEE,

        Plaintiff,

v.

AMERICAN SECURITY INSURANCE
COMPANY, et al.

        Defendant.
        /

CASE NO. CV 08-4413 SI

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

Walter D. Willson, whose business address and telephone number is Wells Marble & Hurst, PLLC, 300 Concourse Boulevard, Suite 200, Ridgeland, Mississippi 39157; Telephone: (601) 605-6900,

and who is an active member in good standing of the bar of State of Mississippi,

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing American Security Insurance Company

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated:

                                            Susan Illston
                                    United States District Judge