IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAROL SUI MAN LAM and
LAI FONG LEE,

    Plaintiff,

v.

AMERICAN SECURITY INSURANCE
COMPANY, et al.

    Defendant.

CASE NO. CV 08-4413 **SI**

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Kelly D. Simpkins , whose business address and telephone number is Wells Marble & Hurst, PLLC, 300 Concourse Boulevard, Suite 200, Ridgeland, Mississippi 39157; Telephone: (601) 605-6900,

and who is an active member in good standing of the bar of State of Mississippi,

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing American Security Insurance Company

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: _____

    Susan Illston
    United States District Judge